**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | 2:25-cr-00156-JAD-EJY |
|---|---|
| Plaintiff, | **Order to Unseal Legal Process** |
| vs. | |
| CRAIG ALLEN CANTERE, | |
| Defendant. | |

Based upon the Motion of the Government (ECF No. 13), and good cause appearing therefore, the Court finds good cause to unseal the below matters so they may be provided in discovery. Thus, the Court orders the case numbers identified below and any documentation filed therein unsealed:

| Case Number | |
|---|---|
| 2:25-mj-00332-NJK | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF GPS AND CELL SITE INFORMATION ON CELLULAR TELEPHONE NUMBER 702-289-5860. |
| 2:25-mj-00339-NJK | IN THE MATTER OF THE TRACKING OF: A 2018 NISSAN ALTIMA, WHITE IN COLOR, NEVADA LICENSE PLATE NUMBER 450L80, VIN 1N4AL3AP3JC128795 |

IT IS SO ORDERED:

_(signature)_
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: July 2, 2025

3