SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
EDWARD D. PENETAR
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
edward.penetar@usdoj.gov

*Attorneys for United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:25-cr-00156-JAD-EJY |
| Plaintiff, | **Second Motion to Unseal Legal Process** |
| vs. | |
| CRAIG ALLEN CANTERE, | |
| Defendant. | |

COMES NOW the United States of America, by and through its attorneys, Sigal Chattah, Acting United States Attorney for the District of Nevada, and Edward D. Penetar, Assistant United States Attorney, hereby moves this Court for an Order to unseal all the below-captioned matters in their entirety.

The underlying investigation has resulted in an indictment: *United States v. Craig Allen Cantere,* Case No. 2:25-cr-00156-JAD-EJY (D. Nevada). Accordingly, the Government seeks to unseal the below matter so that the documents can be provided in discovery.

//

//

| Case Number | |
|---|---|
| 2:25-mj-00330-NJK | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF GPS AND CELL SITE INFORMATION ON CELLULAR TELEPHONE NUMBER 808-393-9558. |

DATED this 4th day of August, 2025.

SIGAL CHATTAH

Acting United States Attorney

*/s/ Edward D. Penetar*
EDWARD D. PENETAR
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | 2:25-cr-00156-JAD-EJY |
|---|---|
| Plaintiff, | **Order to Unseal Legal Process** |
| vs. | |
| CRAIG ALLEN CANTERE, | |
| Defendant. | |

Based upon the Motion of the Government, and good cause appearing therefore, the Court finds good cause to unseal the below matters so they may be provided in discovery. Thus, the Court orders the case number identified below and any documentation filed therein unsealed:

| Case Number | |
|---|---|
| 2:25-mj-00330-NJK | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF GPS AND CELL SITE INFORMATION ON CELLULAR TELEPHONE NUMBER 808-393-9558. |

IT IS SO ORDERED:

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: August 4, 2025

3